ALICE FERRARO, TRUSTEE FOR ROSE HILL ASSOCIATES
*v.* ST. VINCENT DEPAUL SOCIETY OF
WATERBURY, INC.
(11226)

FOTI, LAVERY and SCHALLER, Js.
Argued January 14—decision released February 9, 1993

*Mark Fitzhugh Lee,* with whom, on the brief, was
*Debra Zappone,* for the appellant (defendant).
*Eugene S. Melchionne,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.